WEST KENTUCKY COAL COMPANY, Irving Trust Company, Trustee, Liberty National Bank and Trust Company, Co-Trustee, Appellants,

v.

COMMONWEALTH of Kentucky, DEPARTMENT OF HIGHWAYS, Appellee.

Court of Appeals of Kentucky.

Feb. 13, 1962.

STEWART, Chief Justice.

This matter coming on to be heard upon appellants' petition for rehearing and the Court having considered the entire record in this case now orders and directs that the petition for rehearing be sustained; that the opinion heretofore delivered in this case be withdrawn, and further orders that the motion to dismiss the appeal herein be overruled.

It is so ordered.